# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Abe Randolph Rutherford, Debtor** | ) | **CASE #: 11-12531-MH3-13** |
| **Chaiya Sarah Rutherford, Joint-Debtor** | ) | **Chapter _____ 13** |
| 112 Timber Trail | ) | **Honorable Charles M. Walker** |
| Hendersonville, TN 37075 | ) | |
| | ) | |
| SS# xxx-xx-2953 | ) | |
| SS# xxx-xx-1750. | ) | |

## DOMESTIC SUPPORT OBLIGATION CERTIFICATE

Pursuant to 11 U.S.C. § [1228(a) or 1328(a)], the above named Debtor certifies:

__x__ there is no judicial or administrative order or statue that requires Debtor to pay a

domestic support obligation; or


_____ there is a judicial or administrative order or statute that requires Debtor to pay a

domestic support obligation, and all amounts payable that are due as of this date (including

amounts due before the petition, to the extent provided for by the plan) have been paid.


*Abe Randolph Rutherford*
**Abe Randolph Rutherford, Debtor**

*Chaiya Sarah Rutherford*
**Chaiya Sarah Rutherford, Joint-Debtor**

*January 5, 2017*
 **Date**